

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

___ Priority
_✓_ **Send**
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

Dated: 5-2-05

Case No.   CV 05-02298 DDP (RZx)

Title:   AUGUSTA MILLENDER, BRENDA MILLENDER, WILLIAM JOHNSON -v- COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LEROY BACA; S. WALKER (188188), R. RECTOR (280600), D NICHIPORUK (213625), M. SCHLEGEL (280735), D. STELLA (402018), J. DERNELLO (223333), D. O'SULLIVAN (293952), J. RITENOUR (164927), M. WILBER (235141), T. HARRIS (222039), I. STADE (279464), W. MURRAY (253661), L. FOISNER (281457), J. BONES (274628), P. GEISLER (004301), M. DESMARTEAU (400881), C. PARGE (254033), P. HAYES (274568), R. CONTI (424365), LAWRENCE (292848), CALE (263478), BERCINI (292790), VALENTO (292886), C. MESSERSCHMIDT (283271), PICKETT (281470), ORTEGA (272550), FAULKNER (292848), in both their personal and official capacities

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>            <u>None Present</u>
Courtroom Deputy              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None                                    None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

This action has been assigned to the calendar of Judge Dean D. Pregerson.

Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**.

DOCKETED ON CM
MAY - 2 2005
BY ___

MINUTES FORM 11                                    Initials of Deputy Clerk ___
CIVIL -- GEN