FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority ___
**Send** ✓
Clsd ___
Enter ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

SCANNED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTA MILLENDER, BRENDA MILLENDER, WILLIAM JOHNSON, <br><br>          Plaintiff, <br><br>     v. <br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LEROY BACA; S. WALKER (188188), R. RECTOR (280600), D NICHIPORUK (213625), M. SCHLEGEL (280735), D. STELLA (402018), J. DERNELLO (223333), D. O'SULLIVAN (293952), J. RITENOUR (164927), M. WILBER (235141), T. HARRIS (222039), I. STADE (279464), W. MURRAY (253661), L. FOISNER (281457), J. BONES (274628), P. GEISLER (004301), M. DESMARTEAU (400881), C. PARGE (254033), P. HAYES (274568), R. CONTI (424365), LAWRENCE (292848), CALE (263478), BERCINI (292790), VALENTO (292886), C. MESSERSCHMIDT (283271), PICKETT (281470), ORTEGA (272550), FAULKNER (292848), in both their personal and official capacities, <br><br>          Defendants. | Case No. CV 05-02298 DDP (RZx) <br><br> **ORDER SETTING SCHEDULING CONFERENCE** <br><br> Scheduling Conference as follows: <br><br>   Date:   September 26, 2005 <br>   Time:   4:00 p.m. |



DOCKETED ON CM
JUL 18 2005
BY ____ 021

This matter is set for a scheduling conference on September 26, 2005, at 4:00 p.m. in Courtroom 3, before the Honorable Dean D. Pregerson, located at 312 North Spring Street, Los Angeles, California 90012. The conference will be held pursuant to Federal Rules of Civil Procedure 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than twenty-one (21) days prior to the scheduling conference and file a report with the Court entitled "Rule 26(f) Report", not later than fourteen (14) days after they confer as required by Federal Rule of Civil Procedure 26 and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions.

   IT IS SO ORDERED.

Dated: July 14, 2005

DEAN D. PREGERSON
United States District Judge