

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

```
_____ Priority
✓ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3
_____ Scan Only
```

Case No.   CV 05-02298 DDP (RZx)                    Dated: September 19, 2005

Title:   AUGUSTA MILLENDER, BRENDA MILLENDER, WILLIAM JOHNSON -v- COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LEROY BACA; S. WALKER (188188), R. RECTOR (280600), D NICHIPORUK (213625), M. SCHLEGEL (280735), D. STELLA (402018), J. DERNELLO (223333), D. O'SULLIVAN (293952), J. RITENOUR (164927), M. WILBER (235141), T. HARRIS (222039), I. STADE (279464), W. MURRAY (253661), L. FOISNER (281457), J. BONES (274628), P. GEISLER (004301), M. DESMARTEAU (400881), C. PARGE (254033), P. HAYES (274568), R. CONTI (424365), LAWRENCE (292848), CALE (263478), BERCINI (292790), VALENTO (292886), C. MESSERSCHMIDT (283271), PICKETT (281470), ORTEGA (272550), FAULKNER (292848), in both their personal and official capacities

================================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                    None Present
Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the SCHEDULING CONFERENCE is hereby continued from September 26, 2005 to September 30, 2005 at 3:00 p.m.



MINUTES FORM 11                                     Initials of Deputy Clerk
CIVIL -- GEN