```
___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 30 2005
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTA MILLENDER, BRENDA MILLENDER, WILLIAM JOHNSON<br>PLAINTIFF(S)<br>v.<br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LEROY BACA; S. WALKER (188188), R. RECTOR (280600), D NICHIPORUK (213625), et al.<br>DEFENDANT(S). | CASE NUMBER CV 05-02298 DDP (RZx)<br><br>SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER |

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the *(check one):*
   ☐ district judge   *or*   ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☒ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

DOCKETED ON CM
OCT - 3 2005
BY _____ 02

Dated:_____   By:_____
                                  Attorney For Plaintiff

Dated: 9-30-05                    By: [signature]
                                  Attorney For Plaintiff

Dated: 9/30/05                    By: [signature]
                                  Attorney For Defendant

Dated:_____   By:_____
                                  Attorney For Defendant

## ORDER

☒ The request is APPROVED
☐ The request is DENIED; **IT IS FURTHER ORDERED** that the Settlement Procedure shall be as follows:

_____

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1, and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated: 9-30-05                    [signature]
                                  United States District Judge/ ~~Magistrate Judge~~

cc:  Courtroom deputy to serve:
     Attorney Settlement Officer Panel Coordinator
     All counsel of record

ADR-1 (02/03)         SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER