# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 05-02298 DDP (RZx) | Date | September 30, 2005 |

**Title**  AUGUSTA MILLENDER, BRENDA MILLENDER, WILLIAM JOHNSON -V- COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LEROY BACA; S. WALKER (188188), R. RECTOR (280600), D NICHIPORUK (213625), M. SCHLEGEL (280735), D. STELLA (402018), J. DERNELLO (223333), D. O'SULLIVAN (293952), J. RITENOUR (164927), M. WILBER (235141), T. HARRIS (222039), I. STADE (279464), W. MURRAY (253661), L. FOISNER (281457), J. BONES (274628), P. GEISLER (004301), M. DESMARTEAU (400881), C. PARGE (254033), P. HAYES (274568), R. CONTI (424365), LAWRENCE (292848), CALE (263478), BERCINI (292790), VALENTO (292886), C. MESSERSCHMIDT (283271), PICKETT (281470), ORTEGA (272550), FAULKNER (292848), in both their personal and official capacities

---

**Present: The Honorable**   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Donald W. Cook | Eugene P. Ramirez |

**Proceedings:**
### SCHEDULING CONFERENCE

---

Held scheduling conference.

Court and counsel confer re case status.

Court sets trial dates. (Refer to the SCHEDULING ORDER to be issued hereafter.)

DOCKETED ON CM
OCT - 3 2005
BY        021

00 : 18

Initials of Preparer