ROBERT MANN
DONALD W. COOK
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010

(213) 252-9444/ (213) 252-0091 facsimile
e-mail: doncook@earthlink.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTA MILLENDER, BRENDA MILLENDER, WILLIAM JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et. al.,<br><br>Defendants. | Case No. CV 05-2298 DDP (RZx)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE** |

The parties by and through their counsel of record, hereby stipulate to dismiss the following defendants, without prejudice, pursuant to *Federal Rule of Civil Procedure*, Rule 41(a)(1)(i):

Raymond Bercini

John Bones

Jeffrey Cale

Richard Conti

Mark Desmarteau

Christopher Faulkner

Leo Foisner

Phillip Geisler

-1-

1  Thomas Harris
2  Patrick Hayes
3  William Murray
4  Henry Ortega
5  Carlos Parga
6  William Pickett
7  Michael Valento
8  Michael Wilbur

Each side will bear its own costs and attorneys fees.

DATED: August 11, 2006

**ROBERT MANN
DONALD W. COOK**
Attorneys for Plaintiffs

By _____
      Robert Mann

DATED: August 11, 2006

**MANNING & MARDER KASS ELLROD, RAMIREZ LLP**
Attorneys for Defendants

By _____
      L. Trevor Grimm

GOOD CAUSE APPEARING

The defendants listed above are hereby dismissed without prejudice. Each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED

DATED: 8-15-06

_____
Honorable Dean D. Pregerson
U.S. District Judge

-2-

## PROOF OF SERVICE BY MAIL

I am a resident of the county of Los Angeles; I am over the age of 18 and not a party to the within action; my business address is 3435 Wilshire Blvd., Suite 2900, Los Angeles, CA 90010.

On August 11, 2006, I served the within **STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE** on the interested parties herein by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Eugene P. Ramirez
L. Trevor Grimm
Manning & Marder
Kass, Ellrod, Ramirez LLP
23rd Floor at Figueroa Tower
660 S. Figueroa Street
Los Angeles, CA 90017
(213) 624-6900 telephone
(213) 624-6999 facsimile

☒ **BY MAIL** -- As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐ **BY PERSONAL DELIVERY** -- ( ) I delivered such envelope by hand, or ( ) I caused such envelope to be delivered by hand, via messenger service, to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

☐ **BY FEDERAL EXPRESS/UPS** -- I caused such envelope to be delivered by air courier, with next day service.

☐ **BY FACSIMILE** -- By facsimile transmission, in accordance with Code of Civil Procedure §1013(e), to the below party(ies) at the number(s)

I declare under penalty of perjury that the above is true and correct.

Executed on August 11, 2006, at Los Angeles, California.

_____
Bian Gormley