

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 05-02298-DDP(RZx) | Date | AUGUST 21, 2006 |
| Title | AUGUSTA MILLENDER, ET AL. v. COUNTY OF LOS ANGELES, ET A. | | |

Present: The Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE

| Ilene Bernal | | CV 06-18 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert Mann | L. Trevor-Grimm |

**Proceedings:** PLAINTIFFS' MOTION TO COMPEL DEFENDANT COUNTY OF LOS ANGELES TO PRODUCE RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES; REQUEST FOR SANCTIONS

Plaintiffs' motion to compel is granted in part and denied in part for the reasons stated on the record. No further order will issue.

Responses ordered as to Request for Production, Set 5, shall be supplied within 14 days. All other responses shall be supplied within 7 days.

Plaintiff's motion for sanctions is granted. Defendant is ordered to pay sanctions in the amount of $4,500.00 to Plaintiff within 30 days.

Priority ___
Send X
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___




44

cc: The Honorable Dean D. Pregerson
parties

: 25

Initials of Preparer igb