# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 05-02298-DDP (RZx) | Date | August 31, 2006 |
|---|---|---|---|
| Title | AUGUSTA MILLENDER, ET AL. v. COUNTY OF LOS ANGELES, ET AL. | | |

Present: The Honorable  STEPHEN J. HILLMAN, U.S. MAGISTRATE JUDGE

| Ilene Bernal | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

(None)                                                         (None)

**Proceedings:** (In chambers)
**DEFENDANTS' *EX PARTE* APPLICATION**
(filed August 30, 2006)

The undersigned Magistrate Judge has reviewed Defendants' *Ex Parte* Application To Stay Judge Zarefsky's Discovery Order, as Judge Zarefsky is out of the district. The application is DENIED. No exigent circumstances have been alleged, the compliance dates have already partially expired, and Defendants merely seek an extension of time to comply with the discovery orders. They may seek such an extension by way of stipulation or Motion. Plaintiffs' counsel should not unreasonably withhold consent to extend the compliance dates set by Judge Zarefsky.

IT IS SO ORDERED.

Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

cc: The Honorable Dean D. Pregerson
    The Honorable Ralph Zarefsky
    parties

Initials of Preparer        igb