|  | Priority |
|---|---|
| ✓ | Send |
|  | Clsd |
|  | Enter |
|  | JS-5/JS-6 |
|  | JS-2/JS-3 |
|  | Scan Only |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 05-02298 DDP (RZx)                            Dated: October 18, 2006

Title:   AUGUSTA MILLENDER, BRENDA MILLENDER, WILLIAM JOHNSON -v- COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LEROY BACA; S. WALKER (188188), R. RECTOR (280600), D NICHIPORUK (213625), M. SCHLEGEL (280735), D. STELLA (402018), J. DERNELLO (223333), D. O'SULLIVAN (293952), J. RITENOUR (164927), M. WILBER (235141), T. HARRIS (222039), I. STADE (279464), W. MURRAY (253661), L. FOISNER (281457), J. BONES (274628), P. GEISLER (004301), M. DESMARTEAU (400881), C. PARGE (254033), P. HAYES (274568), R. CONTI (424365), LAWRENCE (292848), CALE (263478), BERCINI (292790), VALENTO (292886), C. MESSERSCHMIDT (283271), PICKETT (281470), ORTEGA (272550), FAULKNER (292848), in both their personal and official capacities

==================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None                                            None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the FINAL PRE TRIAL CONFERENCE is hereby continued from November 20, 2006 to January 29, 2007 at 4:00 p.m., with the 8 DAY JURY TRIAL continued from December 5, 2006 to February 27, 2007 at 9:00 a.m.



MINUTES FORM 11                                 Initials of Deputy Clerk
CIVIL -- GEN