O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTA MILLENDER, BRENDA MILLENDER, WILLIAM JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LEROY BACA; S. WALKER (188188), R. RECTOR (280600), D NICHIPORUK (213625), M. SCHLEGEL (280735), D. STELLA (402018), J. DERNELLO (223333), D. O'SULLIVAN (293952), J. RITENOUR (164927), ~~M. WILBER (235141), T. HARRIS (222039),~~ I. STADE (279464), ~~W. MURRAY (253661), L. FOISNER (281457), J. BONES (274628), P. GEISLER (004301), M. DESMARTEAU (400881), C. PARGE (254033), P. HAYES (274568), R. CONTI (424365),~~ LAWRENCE (292848), ~~CALE (263478), BERCINI (292790), VALENTO (292886),~~ C. MESSERSCHMIDT (283271), ~~PICKETT (281470), ORTEGA (272550), FAULKNER (292848),~~ in both their personal and official capacities,<br><br>　　　　Defendants.<br>_____ | Case No. CV 05-02298 DDP (RZx)<br><br>**ORDER DENYING DEFENDANTS' EX PARTE APPLICATION**<br><br>[Dkt. No. 191] |

1    Presently before the court is Defendants' Ex Parte Application
2 Requesting Court to Issue Order on Deferred Ruling on Defendants'
3 Motion for Summary Adjudication on Plaintiffs' Monell Claim.  The
4 Application is DENIED.  The court will address the Monell issue
5 based upon the Plaintiffs' oral offer of proof at the pretrial
6 conference.  The Defendants may readdress the earlier motion at
7 that time as well.

9 IT IS SO ORDERED.

12 Dated:  February 11, 2013

                                DEAN D. PREGERSON
                                United States District Judge